122 A.3d 1034

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Kareem BARNES, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 18, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of September, 2015, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, rephrased for clarity, are:

(1) Whether a challenge to a sentence pursuant to *Alleyne v. United States,* —— U.S. ——, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013), implicates the legality of the sentence and is therefore non-waivable.

(2) Whether contemporaneous convictions of possession with intent to deliver, pursuant to 35 P.S. § 780–113, and possession of a firearm prohibited, pursuant to 18 Pa.C.S. § 6105, allow application of the mandatory minimum sentence found at 42 Pa.C.S. § 9712.1 in light of our decision in *Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).